UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMMY KIDWELL, *et al.*  CIVIL ACTION

VERSUS  NO. 18-2052 c/w 19-11419

RUBY IV, L.L.C., *et al.*  SECTION M (5)
*Pertains to All Cases*

## **ORDER**

The Court having been advised by the United States Magistrate Judge that all of the parties to this action have firmly agreed upon a compromise in this matter, including settlement of the principal claims (*see* R. Doc. 559) as well as the motion for attorneys' fees, costs, and expenses (*see* R. Doc. 591),

IT IS ORDERED that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or seek summary judgment enforcing the compromise if the settlement is not consummated within sixty days or such other time as is reasonable. The Court retains jurisdiction for all purposes, including enforcing the settlement agreements entered into by the parties.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 5th day of May, 2021.

_____
BARRY W. ASHE

                              UNITED STATES DISTRICT JUDGE